IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

JAMES ALBERT JACKSON,

        Defendant.

CR 09-170-01-MO

OPINION AND ORDER

**MOSMAN, J.,**

    Defendant Jackson's Second Motion to Compel Discovery (#72) is GRANTED IN PART and DENIED IN PART, as follows:

    1. Defendant's request for rough notes of government agents is denied.

    2. Defendant's request for transcripts of remaining grand jury testimony is granted. Such transcripts will be provided by the government no later than November 24, 2009.

    3. Defendant's request for social history is denied, with leave to renew in a more precise and specific fashion.

    4. Defendant's request for unindicted co-conspirator information is granted. The government will identify all unindicted co-conspirators, and any statements attributed to them, by November 24, 2009. (It represents to the court that it has already done so.) The government will supplement that

PAGE 1 - OPINION AND ORDER

production with any new statements, benefits, or promises made to them within 72 hours of the occurrence of any new statement, benefit, or promise.

    5.  Defendant's request for documents regarding his co-defendants' pimping activities and information regarding CR 09-199-MO is granted in part.  The government will provide defendant with the discovery from CR 09-199-MO by November 24, 2009.  Jencks statements will be made available at the earliest possible time.

    6.  Defendant's request for notice of prior bad acts under FRE 404 is granted.  The government will describe with particularity all prior bad acts on which it intends to rely, and provide all supporting documentation, by November 24, 2009.

    IT IS SO ORDERED.

    DATED this   20th   day of November, 2009.

                                            /s/ Michael W. Mosman
                                            MICHAEL W. MOSMAN
                                            United States District Judge