UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**UNITED STATES OF AMERICA,**

                    Plaintiff,

      v.

**JAMES ALBERT JACKSON,**

                    Defendant.

No. CR 09-170-MO

OPINION AND ORDER

**MOSMAN, J.,**

      This matter comes before the Court on defendant's Motion to Dismiss Based on Violation of Speedy Trial Act (#229). Pursuant to 18 U.S.C. § 3161(h)(4), the Court finds excludable delay during the contested transportation period from March 1, 2010, when defendant was declared mentally incompetent to stand trial, to July 21, 2010, when defendant arrived at the Bureau of Prisons medical facility in Springfield, Missouri for further evaluation and treatment. Because defendant has been declared mentally incompetent, delays associated with the declaration of mental incompetence are governed by § 3161(h)(4) rather than § 3161(h)(1)(F). Accordingly, defendant's Motion to Dismiss (#229) is DENIED.

      IT IS SO ORDERED.

      DATED this __16th__ day of September, 2010.

                              /s/ Michael W. Mosman
                              MICHAEL W. MOSMAN
                              United States District Court